```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
 LIN KWOK KEUNG.,                        :
                                         :
                        Plaintiff,       :
                                         :      21-cv-6697 (ALC)
            -against-                    :
                                         :      ORDER
 HOIPHONE 88 INC. ET AL.,                :
                                         :
                        Defendants.      :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 6, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

The parties shall submit a status report within one week from the date of this Order.

**SO ORDERED.**

Dated:   October 6, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**